```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :      SEALED INDICTMENT
         - v. -                     :
                                    :      21 Cr. _____ ( )
SHPENDIM HAXHAJ,                    :
     a/k/a "White Mike,"            :
YELTSIN BELTRAN,                    :
     a/k/a "Yells,"                 :
BORIS BELTRAN,                      :
     a/k/a "Bebe,"                  :
JEREMY CEDENO,                      :
     a/k/a "Jerm,"                  :
FRANCISCO ORTEGA,                   :
     a/k/a "Fresh," and             :
IVIS PERDOMO,                       :
     a/k/a "Light,"                 :
                                    :
                    Defendants.     :
                                    :
- - - - - - - - - - - - - - - - - - X
```

JUDGE FAILLA

**21 CRIM 017**

## COUNT ONE
(Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about 2006 up to and including in or about 2021, in the Southern District of New York and elsewhere, SHPENDIM HAXHAJ, a/k/a "White Mike," YELTSIN BELTRAN, a/k/a "Yells," BORIS BELTRAN, a/k/a "Bebe," JEREMY CEDENO, a/k/a "Jerm," FRANCISCO ORTEGA, a/k/a "Fresh," IVIS PERDOMO, a/k/a "Light," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that SHPENDIM HAXHAJ, a/k/a "White Mike," YELTSIN BELTRAN, a/k/a "Yells," BORIS BELTRAN, a/k/a "Bebe," JEREMY CEDENO, a/k/a "Jerm," FRANCISCO ORTEGA, a/k/a "Fresh," IVIS PERDOMO, a/k/a "Light," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that SHPENDIM HAXHAJ, a/k/a "White Mike," YELTSIN BELTRAN, a/k/a "Yells," BORIS BELTRAN, a/k/a "Bebe," JEREMY CEDENO, a/k/a "Jerm," FRANCISCO ORTEGA, a/k/a "Fresh," and IVIS PERDOMO, a/k/a "Light," the defendants, conspired to distribute and possess with intent to distribute were: (1) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A); (2) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A); and (3) mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Firearms Offense)

The Grand Jury further charges:

4. From at least in or about 2006 up to and including in or about 2021, in the Southern District of New York and elsewhere, SHPENDIM HAXHAJ, a/k/a "White Mike," YELTSIN BELTRAN, a/k/a "Yells," BORIS BELTRAN, a/k/a "Bebe," JEREMY CEDENO, a/k/a "Jerm," FRANCISCO ORTEGA, a/k/a "Fresh," and IVIS PERDOMO, a/k/a "Light," the defendants, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the drug trafficking conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, some of which were brandished and discharged.

(Title 18, United States Code,
Sections 924(c)(1)(A)(i), (ii), and (iii), and 2.)

## FORFEITURE ALLEGATION

5. As a result of committing the controlled substances offense alleged in Count One of this Indictment, SHPENDIM HAXHAJ, a/k/a "White Mike," YELTSIN BELTRAN, a/k/a "Yells," BORIS BELTRAN, a/k/a "Bebe," JEREMY CEDENO, a/k/a "Jerm," FRANCISCO ORTEGA, a/k/a "Fresh," and IVIS PERDOMO, a/k/a "Light," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived

from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

6.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third person;
- c. has been placed beyond the jurisdiction of the Court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 1963(m), and Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c),

to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 1963;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
AUDREY STRAUSS
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SHPENDIM HAXHAJ, a/k/a "White Mike,"
YELTSIN BELTRAN, a/k/a "Yells,"
BORIS BELTRAN, a/k/a "Bebe,"
JEREMY CEDENO, a/k/a "Jerm,"
FRANCISCO ORTEGA, a/k/a "Fresh," and
IVIS PERDOMO, a/k/a "Light,"

Defendants.

## SEALED INDICTMENT

21 Cr. _____ (    )

(Title 21, United States Code, Section 846; Title 18, United States Code, Sections 924(c) and 2.)

AUDREY STRAUSS
Acting United States Attorney.