

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2021

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Shpendim Haxhaj et al.*, 21 Cr. 17 (KPF)

Dear Judge Failla:

After the Court entered the proposed briefing schedule in the Government's June 3, 2021 letter, the undersigned realized that, per the District's trial calendar released earlier this week, almost all of the Assistant U.S. Attorneys on this matter—including the one most familiar with the history of this case and the underlying investigation—are scheduled to be on trial on the day of the next conference in this matter, July 23, 2020. Accordingly, the Government respectfully requests that the conference be adjourned 30 days and the briefing schedule be equivalently extended. The Government conferred with all defense counsel, who consent to these requests.

The Government also respectfully requests that time under the Speedy Trial Act be excluded, in the interests of justice, between July 23, 2021 and any newly scheduled conference date, pursuant to 18 U.S.C. § 3161(h)(7). This time will allow the defense to continue reviewing voluminous discovery, the Government to make its second and possibly third global productions of discovery to the defense, the parties to brief the state case discovery issue discussed at prior conferences, and defense counsel to meet with their clients and consider other pretrial motions. Defense counsel have conveyed no objection to this exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Frank J. Balsamello / Mathew Andrews
Christopher Brumwell / Benjamin Gianforti
Assistant United States Attorneys
(212) 637-2325 / -6526 / -2477
(914) 993-1919

cc: All Defense Counsel of Record (by ECF)

Application GRANTED.  The conference scheduled for July 23, 2021, is hereby ADJOURNED to August 25, 2021, at 11:00 a.m.  The parties are directed to adhere to the following briefing schedule: the Government's opening brief will be due on or before July 19, 2021; Defendants' opposition brief will be due on or before August 2, 2021; and the Government's reply brief will be due on or before August 9, 2021.

It is further ORDERED that time is excluded under the Speedy Trial Act between July 23, 2021, and August 25, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery, meet with their clients, and prepare any pretrial motions, and will allow the parties to brief the state case discovery issue previewed at prior conferences.

Dated:    June 7, 2021            SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE