UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | 21 Cr. 17 (KPF) |
| SHPENDIM HAXHAJ, et al., | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

Due to constraints on the Court's ability to schedule remote conferences with Defendants' facilities, the conference in this matter scheduled for August 25, 2021, is hereby ADJOURNED to August 27, 2021, at 11:00 a.m.  The conference will proceed by telephone, and dial-in instructions are at follows:  At the scheduled time, the parties are to call (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available until 11:00 a.m.

SO ORDERED.

Dated:   August 13, 2021
        New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge