UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 21 Cr. 17 (KPF) |
| SHPENDIM HAXHAJ, *et al.*, | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a conference in this matter on **December 3, 2021**, at **12:00 p.m**.  At the August 27, 2021 conference, the majority of Defendants expressed an unwillingness to waive their right to appear in person at future proceedings.  Accordingly, the December 3, 2021 conference will take place at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Court will inform the parties of the assigned courtroom in advance of the conference.  Moreover, depending on this District's social distancing protocols at that time, the Court may be required to hold two separate conferences with the Defendants.  The parties should thus be prepared to proceed on that date at an alternate time of 2:00 p.m.

Separately, the Court's understanding is that under current COVID-19 protocols, depending on the circumstances of Defendants' transportation to the Courthouse and subsequent detention, they may be subject to quarantine requirements following the December 3, 2021 conference.  The Court directs defense counsel to discuss this issue with their clients, should it impact their clients' desire to have an in-person proceeding.  Defense counsel should inform

the Court on or before November 12, 2021, if Defendants would prefer a remote proceeding.

SO ORDERED.

Dated: August 31, 2021
       New York, New York

KATHERINE POLK FAILLA
United States District Judge