UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SHPENDIM HAXHAJ, *et al.*,<br><br>                     Defendants. | 21 Cr. 17 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

At the August 27, 2021 conference, the majority of Defendants expressed an unwillingness to waive their right to appear in person at future proceedings. Due to this District's social distancing protocols, the Court is required to hold two separate conferences to accommodate the Defendants. Accordingly, the December 3, 2021 conference is hereby ADJOURNED to December 8, 2021, and will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendants Shpendim Haxhaj, Yeltsin Beltran, Jeremy Cedeno, and Drilon Haxhaj are ORDERED to appear on December 8, 2021, at 12:00 p.m. Defendants Boris Beltran, Francisco Ortega, and Ivis Perdomo are ORDERED to appear on December 8, 2021, at 2:00 p.m.

SO ORDERED.

Dated:   December 1, 2021
             New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge