

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2021

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007



Re:   *United States v. Shpendim Haxhaj et al.*, 21 Cr. 17 (KPF)

Dear Judge Failla:

The Government respectfully requests that time under the Speedy Trial Act be excluded, in the interests of justice, between December 6, 2021 and the currently scheduled conference on December 8, 2021, pursuant to 18 U.S.C. § 3161(h)(7).  This time will allow the defense to continue reviewing voluminous discovery, and defense counsel to meet with their clients and consider other pretrial motions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/ Mathew Andrews_____
Frank J. Balsamello / Mathew Andrews
Christopher Brumwell / Benjamin Gianforti
Assistant United States Attorneys
(212) 637-2325 / -6526 / -2477
(914) 993-1919

cc:  All Defense Counsel of Record (by ECF)

Application GRANTED.  It is ORDERED that time is excluded under the Speedy Trial Act between December 6, 2021, and December 8, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions.

Dated:    December 6, 2021                SO ORDERED.
          New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE