UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 17-1 (KPF) |
| SHPENDIM HAXHAJ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

  Defendant Shpendim Haxhaj is currently housed at the Westchester County Jail ("WCJ") in Valhalla, New York. In September 2021, defense counsel advised the Court that Mr. Haxhaj was suffering from dental issues, specifically, a broken tooth and an attendant infection; the Court now understands that Mr. Haxhaj is suffering from an abscess. Beginning on August 27, 2021, this Court began communicating directly with correctional and medical staff at WCJ. On October 7, 2021, the Court was advised that WCJ was purchasing equipment to permit on-site root canal procedures, and that such a procedure was indicated for Mr. Haxhaj's dental issues. As recently as November 12, 2021, the Court was advised that WCJ medical personnel were awaiting certain equipment, and that WCJ would advise the Court when the procedure was completed on Mr. Haxhaj.

  At a conference held on December 8, 2021, Mr. Haxhaj advised the Court that not only had he not received a root canal, but that such a procedure was contraindicated for his current issues. Indeed, Mr. Haxhaj relayed to the Court a message purporting to be from the WCJ dentist, to the effect that this Court should advise "the feds" (whom the Court understands to be the United States

Attorney's Office and the United States Marshals Service) that the dentist did <u>not</u> have the ability to provide the necessary treatment on-site. The Court wishes that this information had been communicated to it back in August, but does not want to delay further Mr. Haxhaj's receipt of necessary medical treatment. Accordingly, the Court directs the Warden of Westchester County Department of Corrections to arrange for the provision of treatment to Mr. Haxhaj to address his stated dental issues, either at WCJ or off-site, on or before **January 14, 2022**, and to advise the Court when such treatment has been administered.

The United States Attorney's Office is directed to transmit this Order to the necessary parties at once.

SO ORDERED.

Dated:  December 14, 2021
        New York, New York

KATHERINE POLK FAILLA
United States District Judge