# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888) 679-0585 · EMAIL: DAN@LEGALMCG.COM

October 31, 2022

<u>VIA ECF</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



   Re: *United States v. Shpendim Haxhaj et al*, 21 Cr. 17 (KPF)

Dear Judge Failla,

  I represent Jeremy Cedeno in the above matter. I write on behalf of defendants Shpendim Haxhaj, Yeltsin Beltran, Boris Beltran, Francisco Ortega, Ivis Perdomo, and Mr. Cedeno. The foregoing defendants respectfully request they be produced for a co-defendant meeting on November 3, 2022 at 9:30am in Courtroom 618 of the Thurgood Marshall Courthouse.

  I thank the Court for its attention to this matter.

              Sincerely,

              Daniel A. McGuinness

Cc: All Counsel (via ECF)

---

Application GRANTED in part. In light of the fact that the Marshals cannot allocate eight deputies for this conference, it is the Court's understanding that the Marshals have assigned a room in a cell block in 40 Foley that is large enough to accommodate all parties.

SO ORDERED.

Dated:  November 1, 2022
     New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE