UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>SHPENDIM HAXHAJ,<br><br>                          Defendant. | 21 Cr. 17-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Defendant Shpendim Haxhaj is currently housed at the Westchester County Jail ("WCJ") in Valhalla, New York. In October 2022, defense counsel advised the Court that Mr. Haxhaj was suffering from dental issues — namely, discomfort coming from two of his lower teeth. Defense counsel then advised the Court that Mr. Haxhaj requires permanent fillings in two of his lower teeth.

Mr. Haxhaj's dental issues are a recurring problem. On December 14, 2021, this Court issued an Order directing the Warden of Westchester County Department of Corrections to arrange for the provision of treatment to Mr. Haxhaj to address his stated dental issues, either at WCJ or off-site, on or before January 14, 2022, and to advise the Court when such treatment was administered. (Dkt. #75). Despite numerous communications with prison officials regarding the issue, and the administration of some dental treatment, Mr. Haxhaj's dental issues persist.

Accordingly, the Court directs the Warden of Westchester County Department of Corrections to arrange for the provision of treatment to Mr.

Haxhaj to address his most recently stated dental issues, either at WCJ or off-site, on or before **December 2, 2022**, and to advise the Court when such treatment has been administered.

The United States Attorney's Office is directed to transmit this Order to the necessary parties at once.

SO ORDERED.

Dated: November 2, 2022
New York, New York

KATHERINE POLK FAILLA
United States District Judge