UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

SHPENDIM HAXHAJ,

Defendant.

21 cr 17-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On January 13, 2023, in response to ongoing dental complaints from Mr. Haxhaj, the Court entered an order directing the Warden of Westchester County Department of Corrections to arrange for the provision of permanent restorations on the teeth requiring attention. (Dkt. #149). In light of new information from the Government, counsel for Mr. Haxhaj has informed the Court that his client does not wish to pursue permanent restorations to treat his dental issues at this time. Accordingly, the Court hereby WITHDRAWS its January 13, 2023 Order. In the event that Mr. Haxhaj requires the Court's intervention regarding future dental treatment, defense counsel is directed to file a letter with the Court.

The United States Attorney's Office is directed to transmit this Order to the necessary parties at once.

SO ORDERED.

Dated: January 20, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge