**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

\* Admitted in Federal and
New York State Courts

April 19, 2024

**BY ECF**
Hon. Katherine Polk Failla, USDJ
Southern District of New York
40 Foley Square
New York, NY 10007



      RE:    <u>U.S.A. v. Shpendim Haxhaj</u>, 21 CR 17 (KFP)

Dear Judge Failla,

    I am CJA appointed counsel for Mr. Shpendim Haxhaj and write with the consent of the Government to seek an adjournment of this client's sentencing hearing currently scheduled for April 11, 2024 at 3 pm. Given our prior communications with the Court and our continued attempts to gather essential materials to properly prepare for sentencing, counsel is seeking permission to provide the Court with a status letter no later than 60 days from the date of this letter. At that time, counsel will endeavor to provide the Court with sufficient information to determine an appropriate date to move forward with sentencing.

    Thank you in advance for any and all consideration of this request.

                                        Respectfully Submitted,

                                        /s/

                                      Alain V. Massena, Esq
                                      James Bell, Esq.
                                      Attorneys for Defendant

cc: Frank Balsamello (AUSA)
    Christopher Brumwell (AUSA)
    Gianforti Benjamin (AUSA)
    Brandon Harper (AUSA)

Application GRANTED.  The sentencing of Mr. Haxhaj is hereby ADJOURNED *sine die*.  Counsel for Mr. Haxhaj is hereby ORDERED to provide the Court with a status letter on or before **June 11, 2024,** to determine an appropriate date for sentencing.

The Clerk of Court is directed to terminate the pending motion at docket number 302.

Dated:    April 22, 2024              SO ORDERED.
          New York, New York

                                      *[signature]*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE