# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

September 10, 2025

Hon. Katherine Polk Failla, USDJ
Southern District of New York
40 Foley Square
New York, New York 11201



Re: *United States v. Shpendim Haxhaj* 21Cr017 (KFP)

Your Honor,

    I write in response to the Court's inquiry regarding Mr. Massena's letter motion (Dkt. #365). I respectfully join in the application and likewise seek to be relieved as counsel on behalf on his client for all purposes.

    Thank you in advance for your consideration.

Regards,

Respectfully submitted,

*Angus James Bell*
A. James Bell, Esq.

---

```
Application GRANTED.  The Clerk of Court is directed to terminate Mr. Bell
from the docket in this action.  Mr. Bell is directed to transmit a copy
of this endorsement to Mr. Drilon Haxhaj.  The Clerk of Court is further
directed to terminate the pending motion at docket entry 367.

Dated:    September 11, 2025        SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE