# MASSENA LAW P.C.

305 Broadway - 7th Floor
New York, New York 10007
(P)212-766-1700 ♦ (F)212-766-1701
Email: Avm@massenalaw.com

- Admitted in Federal and
  New York State Courts

September 9, 2025

VIA ELECTRONIC MAIL
Hon. Katherine Polk Failla, USDJ
Southern District of New York
40 Foley Square
New York, NY 10007



Re: **USA v. Shpendim Haxhaj, 21 CR 17 (KFP)**

Dear Judge Failla,

    I am the appointed counsel to Mr. Shpendim Haxhaj pursuant to the Criminal Justice Act in regard to the above-referenced matter. I have been informed that Mr. Haxhaj's family wishes to seek new counsel to represent him in connection with his appeal. Mr. Drilon Haxhaj, who holds the power of attorney, has formally communicated this request on behalf of the family.

    I am therefore seeking the Court's endorsement granting this application to be relieved for all purposes pursuant to Local Rule 1.4.

    Thank you in advance for any and all consideration of this application. Counsel will await further instruction from the Court on this matter.

Respectfully Submitted,

*Alain Massena*

Alain V. Massena, Esq.

---

Application GRANTED.  The Clerk of Court is directed to terminate Mr. Massena from the docket in this action.  Mr. Massena is directed to transmit a copy of this endorsement to Mr. Drilon Haxhaj.  The Clerk of Court is further directed to terminate the pending motion at docket entry 365.

Dated:  September 11, 2025
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE