UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SHPENDIM HAXHAJ,<br><br>                    Defendant. | 21 Cr. 17-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 28, 2025, Mr. Shpendim Haxhaj, through his attorney Mr. Massena, filed a notice of appeal. (Dkt. #358). On September 23, 2025, the Clerk of Court noted on the docket that this document was erroneously not filed via ECF. (September 23, 2025 Minute Entry). In the interim, Mr. Massena and Mr. Bell had moved to withdraw as counsel. (Dkt. #365, 367). The Court granted these requests on September 11, 2025. (Dkt. #368, 369). In his request, Mr. Massena noted that he "ha[d] been informed that Mr. [Shpendim] Haxhaj's family wishes to seek new counsel to represent him in connection with his appeal. Mr. Drilon Haxhaj, who holds the power of attorney, has formally communicated this request on behalf of the family." (Dkt. #365). On September 19, 2025, Mr. Shpendim Haxhaj's mother, Ms. Kimete Haxhaj, filed a motion seeking appointment of new Criminal Justice Act ("CJA") counsel to represent Mr. Shpendim Haxhaj, as the Court had not appointed substitute counsel. (Dkt. #370).

The Court now understands from the Clerk's Office that the notice of appeal filed on June 28, 2025, was deficient. Accordingly, the Court hereby reappoints Mr. Massena and Mr. Bell as counsel for Mr. Shpendim Haxhaj

under the CJA.  In so doing, the Court vacates its September 11, 2025 orders relieving Mr. Massena and Mr. Bell of their duties.  (Dkt. #368, 369).  Mr. Massena and Mr. Bell are directed to promptly file a proper notice of appeal on behalf of Mr. Shpendim Haxhaj.

The Court also understands from the Clerk's Office that, following sentencing, any order to be relieved as CJA counsel must be directed to the Court of Appeals for the Second Circuit, and not to this Court.  Accordingly, the Court advises Mr. Massena and Mr. Bell to seek withdrawal from the Second Circuit in a future request, and, in connection with that request, to seek the appointment of new CJA counsel for Mr. Shpendim Haxhaj.

The Clerk of Court is directed to terminate the pending motion at docket entry 370, as the Court cannot under these circumstances appoint new CJA counsel.  The Court directs Mr. Massena and Mr. Bell to transmit a copy of this Order to Mr. Drilon Haxhaj.

SO ORDERED.

Dated:  September 23, 2025
        New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge