UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

SHPENDIM HAXHAJ,

Defendant.

21 Civ. 17-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of an emergency motion submitted by Mr. Shpendim Haxhaj's mother, Mrs. Kimete Haxhaj, as well as a letter from counsel for Mr. Haxhaj adopting Mrs. Haxhaj's position. The Court directs the Clerk of Court to docket both documents under seal, viewable only to the Court and parties.

The Court is concerned, given Mr. Haxhaj's current placement in MCFP Springfield, that it lacks jurisdiction to compel Bureau of Prisons personnel to provide the requested relief. Accordingly, the Government is ORDERED to respond to Mrs. Haxhaj's motion, adopted by counsel for Mr. Haxhaj, on or before **December 16, 2025**.

SO ORDERED.

Dated:  December 1, 2025
        New York, New York

KATHERINE POLK FAILLA
United States District Judge